# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WINTER LAVON MALONE,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY JAIL, et al.,<br><br>                Defendant. | CASE NO. 2:23-cv-00709-BHS-BAT<br><br>**REPORT AND RECOMMENDATION** |

On May 11, 2023, Plaintiff Winter L. Malone, submitted a *pro se*, prisoner civil rights complaint and application to proceed *in forma pauperis* ("IFP"). Dkt. 1. By letter dated May 15, 2023, the Clerk informed Plaintiff the IFP application that he submitted was deficient and that he must either pay the filing fee or submit a corrected IFP application by June 14, 2023. Dkt. 3. The Clerk also informed Plaintiff that the failure to do so may result in dismissal of the case. *Id.*

Plaintiff has not responded to the Clerk's letter to cure the deficiencies in his IFP application. The Court thus recommends **(1)** plaintiff's application to proceed IFP be denied; **(2)** plaintiff either pay the $400.00 filing fee or submit a sufficient IFP application by **June 29, 2023**; and **(3)** if he fails to pay the fee or submit a sufficient application by this date, that the case be dismissed without prejudice.

REPORT AND RECOMMENDATION - 1

1   Any objection to this Report and Recommendation must be filed no later than **June 29,**
2   **2023,** and the clerk shall note the matter ready for the Court's consideration on **June 30, 2023**.
3   The failure to timely object may affect the right to appeal.  The Clerk shall send a copy of this
4   Order to plaintiff.

5   DATED this 15th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2