1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WINTER LAVON MALONE,

                   Plaintiff,

     v.

KING COUNTY JAIL, et. al.,

                  Defendants.

CASE NO. 2:23-cv-00709-BHS

ORDER

13
14
15
16
17

     THIS MATTER is before the Court on Magistrate Judge Brian A. Tsuchida's Report and Recommendation (R&R), denying pro se prisoner plaintiff Winter Malone's application to proceed *in forma pauperis*, requiring him to pay the filing fee by June 29, and, if he does not, recommending that this court dismiss the action without prejudice. Dkt. 4.

18
19
20

     Malone has not paid the filing fee, he has not sought to address the deficiencies in his *in forma pauperis* application, and he has not supported that application with an amended complaint. Nor has Malone objected to the R&R.

21
22

     The R&R is **ADOPTED**, and this matter is **DISMISSED without prejudice**.

     The clerk shall enter a **JUDGMENT** and close the case.

1    IT IS SO ORDERED.

2    Dated this 13th day of July, 2023.

3

4                        _____

5                        BENJAMIN H. SETTLE
                          United States District Judge